IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEFAN P. KRUSZEWSKI, :
: No. 1:04-CV-1420
Plaintiff, :
: Chief Judge Kane
v. :
:
PFIZER, et al., :
:
Defendants. :

# MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation conference was held on April 5, 2007, with various follow-up communications between the parties with the results indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and follow on communications, and each possessed the requisite settlement authority:

1. The Plaintiff and his counsel; and

2. Counsel for the Office of Attorney General and a designated representative from the Department of Public Welfare.

(b) The outcome of the mediation was: **Successful.**

I am pleased to report the parties have settled this matter.

/s/ Vincent Candiello
Mediator
Post & Schell P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101
717-612-6024

Date: May 1, 2007

# **CERTIFICATE OF SERVICE**

I, Vincent Candiello, hereby certify that a true and correct copy of the Mediation Report has been electronically served this **1st day of May, 2007,** upon the following:

Sarah C. Yerger, Esq.
Senior Deputy Attorney General
syerger@attorneygeneral.gov

Stephani L. Ayers, Esq.
Stephani@whistleblowerdefenders.com

Thad M. Gyer, Esq.
Thad@whistleblowerdefenders.com

/s/ *Vincent Candiello*
VINCENT CANDIELLO