# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

STEFAN P. KRUSZEWSKI

Chief Judge Yvette Kane

**v.**                                    CASE NUMBER: 1:04-CV-1420

PFIZER INC., et al.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered with prejudice in favor of Defendant Gordon and against Plaintiff Kruszewski.

**Date:** July 17, 2007                    **Mary E. D'Andrea, Clerk of Court**

**(By) SHAWNA L. CIHAK, Deputy Clerk**